338 A.2d 593

**In re ESTATE of William PAUL, Deceased.**
**Appeal of Milton PAUL, Executor.**

Supreme Court of Pennsylvania.

Argued Nov. 18, 1974.

Decided April 17, 1975.

Rehearing Denied June 9, 1975.

Norman Seidel, Seidel & Cohen, Gus Milides, Easton, for appellant.

Robert A. Freedberg, Easton, for appellee, Anna Paul.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to bear own costs.